| | |
|---|---|
| From: | Casciari, Mark |
| To: | Michael Bartolic |
| Cc: | Dolph, Ada; Casciari, Mark |
| Subject: | FW: draft email to Bartolic |
| Date: | Wednesday, August 14, 2013 12:47:39 PM |
| Attachments: | NCP.PDF |

Michael:

We understand that you are new counsel for Karen Stewart in her former appeal, as appellant, against Caterpillar Inc. The appeal was denominated No. 13-1007 in the Court of Appeals for the Seventh Circuit.



Also attached is the plan document you requested.

**Mark Casciari** | **Seyfarth Shaw LLP**
131 S. Dearborn 2400 | Chicago, IL 60603
312-460-5855 | www.seyfarth.com

---

Any tax information or written tax advice contained herein (including any attachments) is not intended to be and cannot be used by any taxpayer for the purpose of avoiding tax penalties that may be imposed on the taxpayer.
(The foregoing legend has been affixed pursuant to U.S. Treasury Regulations governing tax practice.)

The information contained in this transmission is attorney privileged and/or confidential information intended for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.